No. 88–294.   GUYS & DOLLS BILLIARDS, INC. v. MCHALE ET AL.   C. A. 4th Cir.   Certiorari denied.

No. 88–300.   NATIONAL RIFLE ASSOCIATION OF AMERICA ET AL. v. MINNESOTA STATE ETHICAL PRACTICES BOARD.   C. A. 8th Cir.   Certiorari denied.

No. 88–301.   GILL v. MERCY HOSPITAL ET AL.   Ct. App. Cal., 5th App. Dist.   Certiorari denied.

No. 88–307.   MORTGAGE MART, INC. v. RECHNITZER, TRUSTEE IN BANKRUPTCY, ET AL.; and BERGER v. DAVIS, TRUSTEE IN BANKRUPTCY, ET AL.   C. A. 9th Cir.   Certiorari denied.

No. 88–308.   CONSTANT v. ADVANCED MICRO-DEVICES, INC., ET AL.   C. A. Fed. Cir.   Certiorari denied.

No. 88–311.   EMPIRE LUMBER CO. v. WASHINGTON WATER POWER CO. ET AL.   Sup. Ct. Idaho.   Certiorari denied.

No. 88–314.   JACKSON v. ST. JOSEPH STATE HOSPITAL.   C. A. 8th Cir.   Certiorari denied.

No. 88–316.   PARKS v. PARKS.   Ct. App. Mo., Eastern Dist.   Certiorari denied.

No. 88–319.   THORNBURY TOWNSHIP ET AL. v. W. D. D., INC.   C. A. 3d Cir.   Certiorari denied.

No. 88–343.   MURPHY, GUARDIAN OF PRANGE v. BENSON, GUARDIAN AD LITEM OF PRANGE.   Sup. Ct. Ill.   Certiorari denied.

No. 88–358.   THOMPSON v. UNITED STATES POSTAL SERVICE.   C. A. Fed. Cir.   Certiorari denied.

No. 88–360.   BYRON v. UNITED STATES ET AL.   C. A. 2d Cir.   Certiorari denied.

No. 88–361.   LUCAS v. PHILADELPHIA NAVAL SHIPYARD ET AL.   C. A. 3d Cir.   Certiorari denied.